RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2025 APR 21 PM 1:31

FORM FOR USE IN APPLICATIONS FOR HABEAS CORPUS UNDER 28 U.S.C.
§2241

NAME: Jerome Nibbs

PRISON NUMBER: 12480-510

PLACE OF CONFINEMENT: MDC Guaynabo

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Jerome Nibbs
(Full name -
include name under which you were convicted)
Petitioner

V.                                          Civil No. 25-1223 (JAG)

F. Rivera
(Name of Warden, Superintendent,
Jailor or authorized person having
custody of petitioner)
Respondent

(If the petitioner wishes to attack a federal judgment under which
a sentence was imposed he should file a motion under 28 U.S.C.
§2255 in the federal court which entered the judgment).

PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241 BY A
PERSON IN FEDERAL CUSTODY

1-    Name and location of Court which entered judgment of
      conviction under which you are presently confined:

District Court of Puerto Rico, Puerto Rico

2-    Date of judgment of conviction:

February 19th 2025

3-    Length of sentence: 121 months

Sentencing Judge: Maria Antongiorgi Jordan

4-    Nature    of    offenses    for    which    you    were

convicted:            Violation of 46 U.S.C 70503(a)(1) 70503(a)(2)

        70506(b)

5-    Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? (Please circle or mark one).

YES X            NO

6-    Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? (Please circle or mark one).

YES            NO X

(a) If so, give name and location of court which imposed sentence to be served in the future:            N/A

(b) And give date and length of sentence to be serve in the future:            N/A

(c) Have you filed, or do you contemplate filing, any filing, any petition attacking the judgment which imposed the sentence to be served in the future?(Please circle or mark one).

YES_____        /NO<u>XX</u>____

7-    State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground.
A. GROUND ONE:
Unconstitutional Pre-trial conditions 8th Amendment violations

SUPPORTING FACTS: (Tell your story briefly without citing cases or law)

Petitioner was arrested and brought to MDC Guaynabo on July 22nd 2022 and put in quarantine due to the Covid 19 mandates. The conditions of this quarantine were unconstitutional and vile; Petitioner was forced to sleep in a cell equipped for 2 persons but accomadted 3 in which petitioner being the 3rd was given a mattress to sleep on **the floor in very close proximity to the cells toilet** for the complete duration of the quarantine also being exposed to mastic glue given that the floor was stripped of its tiled("bare floor") such glue is known to be carcinogenic. Further unconstitutional conditions were limits to legal access, lawyer visits severe isolation, no vistor access, and limited family communication.

B. GROUND TWO:
Poor pretrial conditions and confinement, Violations of the 8th amendment.

SUPPORTING FACTS: (Tell your story briefly without citing cases or law)

While incarcerated in MDC Guaynabo petitioner has been exposed to black mold via the a/c ventilation vents, ceilings and shower bathrooms walls, along with water outages atleast once a month(prohibiting showers and usage of toilets and other hygienic means, exposure to asbestos based mastic(tile glue). Withing the housing unit of 3b theres drastic leak of sewage water from the ceiling which occurs whenever someone in the unit above takes a shower.

This down pours upon tables in the main hall that are used for eating and recreational purposes.Petitioner has witnessed and been a victim of this down pour raining on him and fellow inmates. Adminstration has been made aware and are aware of these conditions and chooses to do nothing about it to solve these issues. Such conditions petitioner seeks relief from or to be credited for via jail time credits.

(See affidavits attached provided by other inmates evidencing that such statements are true.)

C. GROUND THREE:
 Oppressive Pretrial and post trial confinement and isolation

 affecting sentence exexution.

SUPPORTING FACTS:(Tell your story briefly without citing cases or law)
 Throughout the petitioners 2 years and 9 months being incarcerated he has endured an influx of severely long lockdowns stemming from fight or illegal activities caused by other inmates. Wherein those inmates that are the guilty parties are taken to the SHU but the adminstration insist on punishing everyone in the unit for the guilty parties acts. Such punishments imposed consist of 30plua days lock downs. Within these lockdowns petitioner is restricted contact with his family, legal access and research, given the severity of the punishment lack of showers, drinking water and recreation . Such actions amount to punishment and also risk of severe mental anxiety from being lock down for such long durations of time. As of recent Fevruary 26th 2025and onwards including to the writing of this petition, petitioner is going through such punitive acts amounting to a 45 plus day lock down imposed and inflicted by the administration of MDC Guaynabo for actions petitioner had nothing to do with and the guilty parties has be disciplined for. Thus petitioner requesting and seeks relief and or jail time credits for these actions against his prisoner rights.

(see affidavit provided by inmates evidencing that these actions are

true.)

(Please insert additional grounds, if necessary)

    WHEREFORE, Petitioner prays that the Court grant Petitioner relief to which he/she may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10th April 2025
                         Date

                                        _____
                                                  Signature

                                        _____12480-510_____
                                                 Inmate Number